**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00212-CV**

_____


**IN RE MICHAEL DAVID BELLOW JR.**

_____

**Original Proceeding**
**317th District Court of Jefferson County, Texas**
**Trial Cause No. C-227217**

_____

**MEMORANDUM OPINION**

A mandamus petition filed by Michael David Bellow Jr. complains that, at the direction of the trial court, the trial court clerk rejected a motion for continuance that Bellow attempted to file electronically. The trial court clerk has notified Bellow that the trial court clerk will accept electronically filed documents from Bellow. It appears the issue raised in the mandamus petition has become moot. Accordingly, the petition is dismissed without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on June 13, 2018
Opinion Delivered June 14, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.